UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24879-ALTMAN

VALENCIA ESTATES
HOMEOWNERS' ASSOCIATION, INC.,

    *Plaintiff*,

v.

**ELIZABETH HAZAN**, *et al.*,

    *Defendants.*
_____/

## ORDER TO SHOW CAUSE

In a prior order, we said that, "**[b]y December 23, 2024**, counsel for the removing party is directed to file and serve a Removal Status Report," and that "[f]ailure to file a timely Removal Status Report shall be grounds for remand." Order for Removal Status Report and Joint Scheduling Report (the "Order") [ECF No. 6] at 1. We also warned that "[t]he removing party or parties' failure to provide the information requested in this Notice, or any information required by 28 U.S.C. § 1446(a), may result in remand of the action without further notice." *Id.* at 2.

The *pro se* removing Defendant, Sean Neil Meehan, hasn't complied with our instructions. Although he filed certain state-court records, *see* Notice of Filing State Court Proceedings [ECF No. 9], and an Amended Notice of Removal [ECF No. 10], he hasn't filed a Removal Status Report that includes the information we ordered him to include. In particular, he hasn't given us "[a] brief statement by each Defendant explaining whether or not each has joined in or consented to the notice of removal" and "[a] statement regarding whether the Defendant(s) have removed the action within thirty (30) days after the receipt by the Defendant(s), through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within

thirty (30) days after service of summons upon the Defendant(s), if such initial pleading has then been filed in court and is not required to be served on the Defendant(s) in the action." Order at 2.

Recognizing the Defendant's failure to comply with a court order, our Plaintiff, Valencia Estates Homeowners' Association, Inc., has now filed a *second* motion to remand (the "Second Motion to Remand") [ECF No. 14], urging us "to remand this action due to the failure of Sean Meehan ('Meehan') to comply with the Court's orders or, in the alternative, compel the filing of the Removal Status Report." Second Motion to Remand at 1.[1]

We also ordered the Defendant to submit, by December 27, 2024, "certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party." Order at 2. Again, our Defendant has failed to comply with this instruction.[2]

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Second Motion to Remand [ECF No. 14] is **GRANTED in part** as to its request that we compel the Defendant to file a Removal Status Report and **DENIED in part** as to its request that we remand the case *right now* for that failure. We'll give the Defendant one last chance to comply.

2. The *pro se* Defendant Sean Neil Meehan shall file his Removal Status Report by **January 10, 2025**. His failure to file the complete Removal Status Report by that date *will* result in remand without further notice.

---

[1] The Plaintiff's first motion to remand (on different grounds) is separately pending before us. *See* Motion to Remand [ECF No. 7].

[2] The Plaintiff, by contrast, *did* timely file a Certificate of Interested Persons and Corporate Disclosure Statement. *See generally* the Plaintiff's Certificate of Interested Parties and Corporate Disclosure Statement [ECF No. 12].

3. The parties shall file a Joint Scheduling Report by **January 10, 2025**. Failure to do so may result in sanctions.

4. By **January 10, 2025**, *all the Defendants* shall file their Certificates of Interested Parties and Corporate Disclosure Statements in accordance with our Order in Cases with Multiple Defendants [ECF No. 5]. Failure to do so may result in sanctions, including an immediate remand to state court without further notice.

**DONE AND ORDERED** in the Southern District of Florida on January 6, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Sean Neil Meehan, *pro se*